BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 5:15-SW-00014 JLT |
|---|---|
| 37717 ROAD 57 DINUBA, CA 93618  Plaintiff, | ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on February 24, 2015, and it appearing that the search warrant and affidavit no longer need to remain sealed, based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

IT IS SO ORDERED.

Dated:   **March 5, 2015**           **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

ORDER TO PARTIALLY UNSEAL SEARCH
WARRANT AND AFFIDAVIT

1